# EXHIBIT A

Account: 720001247
Page 19 of 31

07/03/2014 8350 $380.10

07/02/2014 8363 $606.55

07/03/2014 8351 $360.31

07/03/2014 8365 $692.08

07/02/2014 8352 $703.57

07/07/2014 8366 $307.23

07/14/2014 8359 $972.03

07/02/2014 8367 $7,500.00

07/16/2014 8361 $879.85

07/02/2014 8368 $19,785.26

07/07/2014 8362 $348.14

07/03/2014 8369 $540.66

Account: 720001247
Page 21 of 31

07/08/2014 8370 $204.25

07/07/2014 8376 $14,687.00

07/03/2014 8371 $94.62

07/09/2014 8377 $79.35

07/08/2014 8372 $824.66

07/09/2014 8378 $2,150.00

07/03/2014 8373 $1,097.30

07/07/2014 8379 $1,093.25

07/07/2014 8374 $33.51

07/08/2014 8380 $120.00

07/07/2014 8375 $1,946.10

07/08/2014 8381 $436.30

Account: 720001247
Page 22 of 31

07/07/2014 8382 $528.00

07/16/2014 8388 $879.86

07/09/2014 8383 $5,104.10

07/15/2014 8389 $186.04

07/09/2014 8384 $113.50

07/10/2014 8390 $203.36

07/08/2014 8385 $2,500.00

07/16/2014 8391 $133.50

07/14/2014 8386 $85.00

07/10/2014 8392 $34,962.35

07/10/2014 8387 $211.62

07/09/2014 8393 $1,235.00

Account: 720001247
Page 23 of 31

07/14/2014 8394 $15,000.00

07/10/2014 8400 $857.48

07/10/2014 8395 $73.74

07/10/2014 8401 $5,000.00

07/14/2014 8396 $262.70

07/14/2014 8402 $31,552.28

07/21/2014 8397 $229.75

07/14/2014 8403 $680.64

07/28/2014 8398 $215.25

07/14/2014 8404 $27,285.32

07/10/2014 8399 $71.62

07/15/2014 8405 $210.23









Account: 720001247
Page 27 of 31

07/21/2014 8449 $3,300.00

07/23/2014 8457 $14,900.00

07/25/2014 8450 $1,167.76

07/23/2014 8458 $20,865.20

07/22/2014 8451 $125.00

07/28/2014 8459 $213.99

07/22/2014 8452 $6,863.29

07/25/2014 8460 $2,006.90

07/23/2014 8453 $89.94

07/24/2014 8461 $22,192.10

07/22/2014 8455 $27,851.12

07/24/2014 8462 $28,163.25



07/23/2014 8463 $12,125.80
07/24/2014 8470 $887.33
07/24/2014 8464 $148.50
07/31/2014 8471 $127.06
07/28/2014 8465 $210.68
07/24/2014 8472 $26,235.23
07/24/2014 8467 $216.55
07/24/2014 8473 $22,469.14
07/29/2014 8468 $144.51
07/31/2014 8475 $113.28
07/24/2014 8469 $38.91
07/25/2014 8476 $978.73





