# EXHIBIT B

<p></p>