# EXHIBIT C



07/21/2014  8449  $3,300.00

07/23/2014  8457  $14,900.00

07/25/2014  8450  $1,167.76

07/23/2014  8458  $20,865.20

07/22/2014  8451  $125.00

07/28/2014  8459  $213.99

07/22/2014  8452  $6,863.29

07/25/2014  8460  $2,006.90

07/23/2014  8453  $89.94

07/24/2014  8461  $22,192.10

07/22/2014  8455  $27,851.12

07/24/2014  8462  $28,163.25

