# EXHIBIT E

# BISHOPVILLE PETROLEUM CO., INC.
## CONFIDENTIAL CREDIT APPLICATION AGREEMENT
### 310 N. MAIN STREET / P.O BOX 347- BISHOPVILLE, S.C. 29010
### PHONE (803)484-6416
### FAX (803)484-5986

DATE: 9-25-2012

NAME: (Please print) **Docks Shell**    PHONE: 843-368-1782
Corporation___ Partnership___ Sole Proprietor___ (Other) LLC

Physical Address: 130 Independence Blvd. Hardeeville, SC 29927
(Address)        (City)           (State)      (Zip-code)

Mailing Address: PO Box 686 Bluffton, SC 29910
(Address)       (City)      (State)   (Zip-code)

Date Business Established: 8/10/2012   Nature/Type of Business: C-Store w/ gas
Sole Proprietor___ Corporation___ LLC ✓ Partnership___ Other___
(Attach copies of documents) such as filed articles of Incorporation, Articles of Organization, or Partnership Agreement, etc.

## INFORMATION ON OWNER(S) OR PARTNERS OR CORPORATE OFFICERS
(This Section Must Be Completed Unless Corporation is Publicly Held/Traded)

1. Jennifer Bergmann   [redacted]   Okatie, SC 29909
(Name)   (Home Address)   (City)   (State)   (Zip Code)

[redacted]   [redacted]   40%   [redacted]
(Date of Birth)   S.S. Number   (Title/ or % of Ownership)   (home phone)

2. John D. Rogers   [redacted]   Beaufort, SC 29907
(Name)   (Home Address)   (City)   (State)   (Zip Code)

[redacted]   [redacted]   20%   
(Date of Birth)   S.S. Number   (Title/ or % of Ownership)   (home phone)

3. Charles S. Aimar   [redacted]   Beaufort, SC 29902
(Name)   (Home Address)   (City)   (State)   (Zip Code)

[redacted]   [redacted]   20%   
(Date of Birth)   S.S. Number   (Title/ or % of Ownership)   (home phone)

[Margin handwriting: 4. Dr. E. Perry Burns, [redacted], Beaufort, SC 29907  DoB: [redacted]  SS#: [redacted]  20% ownership]

## BANK INFORMATION (Please show 3 Years Continuous Relationship) Attach Additional Sheets if Necessary.)

1. SCB&T   [redacted]   Ridgeland SC 29936
(Name)   (Address)   (City)   (State)   (Zip Code)

XXXXXXX4680   Carl Kilpatrick   (843) 726-5596
(Account Number)   (Officer Contact)   (Office Phone)

2. ___
(Name)   (Address)   (City)   (State)   (Zip Code)

___
(Account Number)   (Officer Contact)   (Office Phone)

Initial  Initial  Initial  Initial

1

It is understood that Seller is relying on the statements and information contained herein to extend credit to Buyer. Buyer, through the undersigned, represents that all information contained herein is rue and accurate. Buyer hereby authorizes Seller of its agents to contact banking, trade, customer references listed and any other sources deemed necessary for the purpose or extending credit privileges, Buyer acknowledges that it had read the terms and conditions and that these terms and conditions shall govern the sale of goods or services between the parties. Applicant agrees to send to Bishopville Petroleum, Inc., written notice of any changes in the form or ownership of applicant's business within five days of such changes

THE BUYER, THROUGH THE UNDERSIGNED, HAS READ AND ACCEPTS THE TERMS AND CONDITIONS CONTAINED HEREIN.

"Corporate Seal"

_____  9/25/12   Member
(Signature)         (Date)      (Title/Position)

Jennifer R. Bergmann
Print Name

John D. Rogers, Jr.   9/26/12   Member
(Signature)         (Date)      (Title/Position)

John D. Rogers Jr.
Print Name

_____  9/25/12   Member
(Signature)         (Date)      (Title/Position)

Dr. Edward Perry Burrus
Print Name

Charles S. Aimar   9/26/12   Member
(Signature)         (Date)      (Title/Position)

Charles S. Aimar
Print Name

Initial   Initial   Initial   Initial

2

# CREDIT APPLICATION
# TERMS AND CONDITIONS

1. **BUYER'S ASSENT TO TERMS**. All sales are expressly conditioned upon Buyer's agreement to the Terms and Conditions contained in the Credit Application and any invoice issued by "Bishopville Petroleum, Inc." ("Seller"). If any provision of these Terms and Conditions conflicts with a provision contained o an invoice, the Terms and Conditions contained in the Credit Application control.

2. **NO ADDITIONAL TERMS**. No additional or different terms and conditions apply unless expressly agreed to in writing by Seller; Seller hereby gives notice of its objection to any additional or different terms and conditions.

3. **ACCEPTANCE OF MATERIALS**. Any objection to the condition, quantity of and material provided by Seller or services rendered by Seller must be made in writing. Such objection must be made by certified mail, return receipt requested. If no objection is RECEIVED by Seller within five (5) days from the date of delivery of the materials to Buyer, of date of serviced rendered, Buyer will be deemed to have accepted the material and/or the services rendered, and waived any defect in condition, quality or quantity.

4. **WARRANTIES**. Seller warrants that the materials delivered to Buyer will conform to the material specifications as shown on the delivery invoice, unless Buyer, in writing, requests modification to the same, except as provided in the paragraph, Seller MERCHANTABILITY AND FITNESS FOR a PARTICULAR PURPOSE.

5. **NON-LIABILITY**. Without regard to whether a claim against Seller sounds tort, contract or otherwise, Seller **WILL NOT BE LIABLE** for any special, incidental, consequential, punitive, or delay damages.

6. **BUYER'S EXCLUSIVE REMEMDY**. Buyer's exclusive remedy in connection with the purchase of product from Seller will be the replacement of such product by Seller; provided the Buyer has complied with provisions of paragraph 3 Buyer's failure to comply with paragraph 3 will be the deemed to be an acceptance of the product purchased and a waiver of all claims against Seller.

7. **SELLER'S REMEDIES**. Seller retains all remedies authorized by the South Carolina Uniform Commercial Code as well as those of contract law and/or those contained in the Credit Application. Seller's rights are cumulative and not alternative.

8. **PAYMENT**. Payment for product purchased is due on the **10th** day after delivery. Failure to make payment on or before such date that payment is due may subject the Buyer to credit restrictions as determined by Seller and other charges as set forth herein or in the invoice.

9. **FINANCE CHARGES**. An account unpaid by the **10th** day after delivery will be subject to a finance charge. Finance charge is computed by a periodic rate of 1 ½ % per month, which an **ANNUAL PERCENTAGE RATE** of 18% applied to the previous balance.

Initial   Initial   Initial   Initial

3

10. **NO WAIVER OF SELLER'S RIGHTS**. Any failure by Seller to enforce any default or right reserved to Seller or to require strict performance of any of the Terms and Conditions by Buyer at the time designated will not constitute a waiver of any such default or right nor will such failure affect Seller's rights to later enforce such provisions.

11. **ATTORNEY'S FEES**. In the event this account is placed in the hands of an attorney for collection or suit instituted to collect same or any portion thereof, Buyer agrees and promises to pay an attorneys fee of 15% of the balance then due and owing and all costs of collection. In the further event Buyer institutes a suit against Seller for any reason and the Seller prevails in such suit, the Buyer agrees and promises to pay to Seller a reasonable attorneys fee and the costs of such action.

12. **IMDEMNIFICATION.** Buyer agrees to indemnify and hold Seller harmless from any an all liability of any kind, including reasonable attorney's fees, arising from the possession or use of the product sold to Buyer by Seller and this includes any an all environmental matters.

13. **VENUE**. Buyer waives all venue privileges and agrees that any action brought on the account or arising out of the account shall be brought in the Court of Common Pleas, Lee County, Bishopville, South Carolina.

14. **APPLICABLE LAW**. The law of the State of South Carolina shall govern this Credit Application or any dispute between the parties.

15. **DELIVERY RISK OF LOSS AND CONDITION**. Buyer assumes the risk of loss upon Seller's delivery and the Buyer assumes full liability and responsibility for the product upon such delivery.

16. **TAXES**. Buyer will pay all applicable taxes in connection with the product delivered.

17. **CREDIT.** Seller reserves the right to require full payment in cash before shipment or delivery. Seller reserves the right to alter or modify these Terms and Conditions at any time after ten (10) days notice to Buyer, which amended terms will control unless Seller receives written objection by certified mail, return receipt requested, within twenty (20) days after sending of the notice.

18. **SELLER REPRESENTATIVES. NO REPRESENTATIVE OF SELLER HAS THE AUTHORITY TO ALTER, VARY OR WAIVE ANY OF THESE TERMS AND CONDITIONS WITHOUT WRITTEN APPROVAL FROM A CORPORATE OFFICER.**

19. **SELLER/ BUYER**. As used in this Credit Application, Seller refers to Bishopville Petroleum, Inc. and any successors or assigns. This Credit Application and/or Credit Account may be assigned by Seller. Buyer refers to the person/entity named on the face hereof and shall include any guarantors.

20. **SEVERABILITY**. In the event that a court should find that a provision contained herein is invalid or illegal, the said provision is severable and all other terms and conditions shall remain binding upon the parties.

___ ___ ___ ___
Initial Initial Initial Initial

4

# GUARANTY AGREEMENT

In consideration of credit being extended by Bishopville Petroleum, Inc., to the above-named applicant for materials to be purchased or services rendered whether applicant be an individual or individuals, a proprietorship, a partnership, a corporation, or other entity, the undersigned guarantor or guarantors each hereby contract and guarantee to Bishopville Petroleum Inc., the faithful payment, when due, of all accounts of said applicant for purchases made from Bishopville Petroleum, Inc. The undersigned guarantor or guarantors each hereby expressly waive all notice of acceptance of this guaranty, notice of extension of credit to applicant, presentment, and demand for payment of applicant, protest and notice to undersigned guarantor or guarantors of dishonor of default by applicant or with respect to any security held by Bishopville Petroleum Inc., extension of time of payment to applicant, acceptance of partial payment or partial compromise, all of the notices to which the undersigned guarantor or guarantors might other wise be entitled, and demand for payment under this guaranty. This is a primary and unconditional guaranty of payment and not of collection, and all waivers and other provisions in this credit application are applicable to the guarantor and guarantors. In the event this account is placed in the hands of an attorney for collection or suit instituted to same or any portion thereof, I and/or we agree and promise to pay an attorney's fee of 15% of the balance then due and owing and all costs of collection. Any revocation of this guaranty shall be in writing and delivered to Bishopville Petroleum Inc. at its place of business to its credit manager or one of its officers, but any revocation shall not relieve the undersigned guarantor or guarantors of any liability as to the balance due at the time of the revocation.

_____     _____
Witness                                          Guarantor                    Seal

Ken Tasky                                      **Jennifer R. Bergmann**
Print Name                                    Print Name

                                                     Dated: 9-26-2012

                                                     Address: [redacted]

                                                     City: Bluffton  State: SC  Zip: 29910

_____     _____
Witness                                          Guarantor                    Seal

Ken Tasky                                      **John D. Rogers Jr.**
Print Name                                    Print Name

                                                     Dated: 9-26-2012

                                                     Address: [redacted]

                                                     City: Beaufort  State: SC  Zip: 29907

Initial   Initial

5

## GUARANTY AGREEMENT

In consideration of credit being extended by Bishopville Petroleum, Inc., to the above-named applicant for materials to be purchased or services rendered whether applicant be an individual or individuals, a proprietorship, a partnership, a corporation, or other entity, the undersigned guarantor or guarantors each hereby contract and guarantee to Bishopville Petroleum Inc., the faithful payment, when due, of all accounts of said applicant for purchases made from Bishopville Petroleum, Inc. The undersigned guarantor or guarantors each hereby expressly waive all notice of acceptance of this guaranty, notice of extension of credit to applicant, presentment, and demand for payment of applicant, protest and notice to undersigned guarantor or guarantors of dishonor of default by applicant or with respect to any security held by Bishopville Petroleum Inc., extension of time of payment to applicant, acceptance of partial payment or partial compromise, all of the notices to which the undersigned guarantor or guarantors might other wise be entitled, and demand for payment under this guaranty. This is a primary and unconditional guaranty of payment and not of collection, and all waivers and other provisions in this credit application are applicable to the guarantor and guarantors. In the event this account is placed in the hands of an attorney for collection or suit instituted to same or any portion thereof, I and/or we agree and promise to pay an attorney's fee of 15% of the balance then due and owing and all costs of collection. Any revocation of this guaranty shall be in writing and delivered to Bishopville Petroleum Inc. at its place of business to its credit manager or one of its officers, but any revocation shall not relieve the undersigned guarantor or guarantors of any liability as to the balance due at the time of the revocation.

_____       _____ 
Witness                                Guarantor                    Seal

Ken Tosky                              **Dr. Edward Perry Burrus**
Print Name                             Print Name

                                       Dated: 9-25-2012

                                       Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓

                                       City: Beaufort State: SC Zip: 29907

_____       _____
Witness                                Guarantor                    Seal

Ken Tosky                              **Charles S. Aimar**
Print Name                             Print Name

                                       Dated: 9-26-2012

                                       Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓

                                       City: Beaufort State: SC Zip: 29902

Initial  Initial

5

Exhibit B

STATE OF SOUTH CAROLINA  )
                          )    UNCONDITIONAL GUARANTY
COUNTY OF LEE             )

FOR VALUE RECEIVED and to enable DOCKS, LLC. of South Carolina, hereinafter designated as "DEBTOR", to obtain credit from BISHOPVILLE PETROLEUM COMPANY, INC., I hereby request said BISHOPVILLE PETROLEUM COMPANY, INC. to extend to said DEBTOR such credit as BISHOPVILLE PETROLEUM COMPANY, INC. may deem proper, and I hereby guaranty the full and prompt payment to BISHOPVILLE PETROLEUM COMPANY, INC. at maturity, and at all times thereafter, and also at the time hereinafter provided, of any and all indebtedness, liabilities and obligations of every nature and kind of said DEBTOR to BISHOPVILLE PETROLEUM COMPANY, INC., and every balance and part thereof, whether now owing or due, or which may hereafter, be owing or due, and I also agree to pay in addition thereto, all costs, expenses and reasonable attorney fees at any time paid or incurred in endeavoring to collect said indebtedness, liabilities and obligations, and in and about enforcing his instrument.

All diligence in collection and all presentment for payment, demand, protest, notice of protest, and notice of non-payment, dishonor and default, and of the acceptance of this guaranty, and of any and all extensions of credit hereunder, are hereby expressly waived.

Authority and consent are hereby expressly given BISHOPVILLE PETROLEUM COMPANY, INC., and without any notice to the undersigned, to give and to make such extensions, renewals, indulgences, settlements and compromises as it may deem proper without respect to any of the indebtedness, liabilities, and obligations

covered by this guaranty, including the taking or releasing of security and surrendering of documents.

In case of the death, dissolution, liquidations, failure, insolvency or bankruptcy of said **DEBTOR**, all of said indebtedness, liabilities and obligations, to the extent of the amount of this guaranty, shall, at the option of said **BISHOPVILLE PETROLEUM COMPANY, INC.** become immediately due from and be forthwith paid by the undersigned to **BISHOPVILLE PETROLEUM COMPANY, INC.**, the same as though said debts, liabilities and obligations had matured by lapse of time.

This guaranty shall be construed according to the laws of the State of South Carolina, in which state it shall be performed by the undersigned.

This guaranty shall be binding upon the undersigned and upon the heirs, legal representatives and assigns of the undersigned, and each of them, respectively, and shall inure to the benefit of **BISHOPVILLE PETROLEUM COMPANY, INC.**, it successors, legal representatives and assigns.

This is an absolute and unconditional guaranty of payment, unconditionally delivered, and is not subject to the procurement of a guaranty from any persons other than the undersigned, or to the performance or happening of any other condition precedent.

SIGNED AND SEALED BY THE UNDERSIGNED GUARANTORS

_____, in SOUTH CAROLINA THIS 10th DAY OF Sept, 2012.

_____
WITNESS

_____
GUARANTOR

Jennifer R. Bergmann
Print Name

_____
WITNESS

_____
WITNESS

_____
GUARANTOR

John D. Rogers Jr.
Print Name

_____
WITNESS

_____
WITNESS

_____
GUARANTOR

Dr. Edward Perry Burrus
Print Name

_____
WITNESS

_____
WITNESS

_____
GUARANTOR

Charles s. Aimar
Print Name