# EXHIBIT F

# THE H.T. HACKNEY CO.

## Customer Information

### For Office Use Only

Approved By: _Jennifer Lia_
Customer #: 753593-1  4417
Location #: _____

Date: _____
Tax Type: _____
S/A Type: _____

### Ship To

Name: JTKT dba Sand Hill
Telephone: (843) 837-1870
Address: 8851 Pinellas Drive
City: Bluffton
State: SC   Zip: 29910
County: Beaufort

### Bill To

Name: JTKT
A/P Mgr.: Jennifer Bergmann  4240
Telephone: (843) 784-3600
Address: 130 Independence Blvd
City: Hardeeville
State: SC   Zip: 29927

### Business Information

Proprietorship: ( )   Corporation: ( )   Partnership: ( )
Own: (✓)   Leasing: ( )   Buying: ( )
Date Business Started: 8-2012
Estimated Weekly Purchases: $3500.00
Prior and/or Other Business: _____
Type Of Operation: C-Store
Managers Name: Kimberly Rogers 37yd old
Tax Exempt #: _____

### Owner Information For A Proprietorship

Name: _____
Social Security #: _____
Home Telephone: _____
Address: _____
City: _____
State: _____   Zip: _____

### Owner Information For Corporations Or Partnerships

Name: (JTKT) Ken Tasky
Title: Owner
Social Security #: [redacted]
Home Telephone: [redacted]
Address: [redacted]
City: Bluffton
State: SC   Zip: 29910

Name: E.P. Burrus, M.D.
Title: Owner
Social Security #: [redacted]
Home Telephone: [redacted]
Address: [redacted]
City: Beaufort
State: SC   Zip: 29907

### Banking Information

Bank Name: Tidelands Bank
Address: 52 [illegible] Road
Account #'s: [redacted] 047
Bank Officer: Tricia Poland   Telephone: (843) 837-8133
City: Bluffton   State: SC   Zip: 29910
Routing #: [redacted] 95

### Trade Information

| Name: | Address: | Telephone: |
|---|---|---|
| 1. Harry J. [illegible] | | |
| 2. Southern Eagle | | |
| 3. | | |

## Working Agreement

*The Undersigned Purchaser(s), Jointly And Severally If More Than One, Hereby Agree As Follows:*

A. That payment to The H.T. Hackney Co. and it's subsidiaries ("Seller") for goods, services and/or equipment purchased will be due Net Seven (7) Days from the date of delivery/invoice unless otherwise provided in a separate written agreement. Payments, to be credited by Seller upon receipt, shall be made either to the salesman, by mail at P.O. Box 1385, Orangeburg, SC 29116, by electronic funds transfer or by hand delivery to an employee of Seller at 705 Sprinkle Ave., Orangeburg, SC 29116. A service charge of 1.5% per month may be assessed on all amounts not paid within the terms granted. Purchaser shall pay Seller a service fee of $25.00 per check, or maximum allowable by law, for all protested checks returned by Purchaser's bank.

B. In the event any amount due Seller becomes delinquent and is turned over to a collection agency and/or attorney for collection, Purchaser shall pay an attorney fee of twenty five (25%) percent of the amount due, which is deemed reasonable, plus all attendant collection costs including, but not limited to, fees of the collection agency.

C. Purchaser shall notify Seller by certified mail of any changes of ownership of Purchaser's business and further agrees to be liable for all purchases made by the new owner, prior to, or should the undersigned fail to comply with, said notification.

D. Purchaser hereby grants to Seller to secure payment of all amounts due Seller a security interest in all property, including but not limited to, all inventory, equipment, trade fixtures and accounts receivable of the Purchaser, whether now owned or hereafter acquired. Purchaser agrees to execute promptly any and all documents necessary to perfect said security interest.

E. Purchaser warrants to Seller that all information furnished by Purchaser to Seller for the purpose of obtaining credit is true, correct, and complete in all material respects. Purchaser hereby authorize The H.T. Hackney Co. to investigate and verify all such information.

_Edward P. Burns, III_    3/21/14            _[signature]_    3/21/14
Signature                  Date              Signature         Date

## Individual Personal Guaranty

Date: 3/21, 20 14

Each and Every Undersigned Guarantor, jointly and severally if more than one, for and in consideration of The H.T. Hackney Co. and it's subsidiaries (herein after referred to as "Seller") extending credit at my/our request to _JTKT, LLC_

(herein after referred to as "Company"), hereby personally guarantees to Seller payment in full of any and all obligations of Company to Seller presently owed and/or incurred or coming due in the future, and I/We hereby agree to bind myself/ourselves to pay said Seller on demand any sum which may become due to Seller by Company whenever Company shall fail to pay the same. I/We hereby authorize Seller to investigate and verify the personal credit information of the undersigned Guarantor(s). It is understood that this Guaranty shall be unlimited, continuing and irrevocable as to each and every Guarantor for such indebtedness of Company, until a written termination notice signed by that Guarantor is delivered to the office of Seller during normal business hours. Notwithstanding any such notice, this Guaranty shall continue in full force and effect as to all obligations in existence as of the end of the tenth business day following receipt of such termination notice and as to all extensions and/or renewals of such obligations. Each undersigned hereby waives notice of default, nonpayment, and notice thereof, and consents to any modification or renewal of the obligation hereby guaranteed, and to all renewals of extension of credit. In the event of default by Company, each undersigned Guarantor agrees to pay interest, costs, and all expenses, including reasonable attorney's fees of twenty five (25%) percent, incident to the enforcement and collection of any amounts due pursuant to this Guaranty. Each undersigned Guarantor furthermore agrees that in the event Seller should place the default with a collection agency, to pay all costs of collection, including fees of the collection agency, as well as reasonable attorney fees of the agency's attorney. The undersigned Guarantor waives any right to recover from Company for any payment or payments made by the Guarantor to the Seller on behalf of Company under this Guaranty. Each undersigned Guarantor agrees to reimburse Seller for any payments on obligations guaranteed hereunder which are disgorged from Seller pursuant to any provision of the U.S. Bankruptcy Code regardless of any termination of this Guaranty.

GUARANTOR:                                WITNESS:
_Edward P. Burns, III_    3/21/14         _[signature]_    3/21/14
                          Date                             Date
_[signature]_             3/21/14         _[signature]_    3/21/14
                          Date                             Date

## Permission To Obtain Consumer Credit Report

The undersigned hereby consent(s) to The H. T. Hackney Co., using a non-business consumer credit report on the undersigned in order to further evaluate the credit worthiness of the undersigned as principal(s), proprietor(s) and/or guarantor(s) in connection with the extension of business credit as contemplated by the credit application(s) submitted by the undersigned. The undersigned hereby authorize(s) The H. T. Hackney Co., to utilize a consumer credit report on the undersigned from time to time in connection with the extension or continuation of the business credit represented by the credit application(s) submitted by the undersigned. The undersigned as [an] individual(s) hereby knowingly consent to the use of such credit report consistent with the Federal Fair Credit Reporting Act as contained in 15 U.S.C. @ 1681 et seq..

_Edward P. Burns, III_                    3/21/14        _[signature]_
Signature                                 Date           Witness
_[signature]_                             3/21/14        _[signature]_
Signature                                 Date           Witness