# EXHIBIT G

# The H. T. Hackney Co.
368 Millennium Drive
Orangeburg, SC 29115

Telephone: (803) 534-4532          Fax: (803) 534-4579

## Identity Confirmation Form

I hereby acknowledge that I have provided proof of identification to The H. T. Hackney Co., ("Hackney") Representative, or to the Notary Public, I now appear before. I further acknowledge that any signatures affixed to the following attached forms, are in fact truly my signatures:

Customer Information Form
- Working Agreement – dated 3/21, 20 14
- Individual Personal Guaranty – dated 3/21, 20 14
- Permission to Obtain Consumer Credit Report – dated 3/21, 20 14

Required Cigarette Signage – dated 3/21, 20 14
Other Attachments: – dated _____, 20 ___
- Please list a brief description of other attachments: _____

This form is required and must be Acknowledged by a Notary Public, or Witnessed by a "Hackney" Representative, in order for Hackney to accept your check in payment of goods.

Print Store Name: JTKT dba Sand Hill Station

Print Your Name: E. Perry Burrus

Your Signature: Edward T. Burrus    Date: 3/21/14
(signed in front of Hackney Representative or a Notary Public)

I hereby certify that the above person personally appeared before me and provided identification which was original (not a photocopy) sufficient to prove the identity of the above person.
IN WITNESS WHEREOF I have hereunto set my hand and / or affixed my official seal this the _____ day of 21st, 20 14.

Printed Name of Hackney Representative or Notary Public: Jennifer Bergmann

Signature of Hackney Representative or Notary Public: _____

Hackney Representative's Title or Notary Public's Commission Expiration: 5-26-20
(Affix Notary Seal Here)

(Revised 04/2005)