# EXHIBIT J

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF BEAUFORT | ) | FOURTEENTH JUDICIAL CIRCUIT |
| E. Perry Burrus, M.D., | ) | Civil Action No.: 2015-CP-07-00239 |
| Plaintiff, | ) | |
| vs. | ) | **CONSENT ORDER FOR INJUNCTION** |
| Jennifer R. Bergmann, | ) | |
| Defendant. | ) | |

This matter was scheduled to be to appear before the Court on February 6, 2015 on the motion of Plaintiff E. Perry Burrus, M.D. (hereinafter Burrus or Plaintiff) for an injunction.

The parties have now entered into an agreement to resolve the issues relating to Plaintiff's motion for an injunction and ask the Court to adopt their agreement and representations as an official Court Order. The parties have submitted the within Order to the Court, which the Court finds proper. Therefore, the Court enters the following Order to resolve Plaintiff's motion for an injunction:

(a) Jennifer R. Bergmann (hereinafter Bergmann) continues to be restrained from signing Burrus' name to any document of any kind;

(b) Bergmann has represented to counsel and the Court that the creditors of Docks Shell, LLC are as follows:

   a.   Palmetto State Bank – paid in full

   b.   Interstate Land Company – paid in full

   c.   Bishopville Oil (equipment lease/fuel bill/Shell recapture fee) – paid in full with the exception of attorney's fees as outlined below

  d. Pawnee Leasing – paid in full

  e. Ascentium Capital – paid in full

  f. Tidelands Bank – paid in full

  g. WBL (paid in full but disputed balance)

  h. Bishopville Oil (legal fees – unpaid)

  i. Kenneth Scott Builders (unpaid)

  j. Mikkelson & Bannon (unpaid)

  k. Nextwave Funding (unpaid)

  l. Robinson Grant (unpaid)

  m. State of South Carolina (unpaid)

(c) Bergmann has represented to counsel and the Court that the instances where she signed Dr. Burrus' name, although she contends it was with permission, were as follows:

  a. Bishopville Oil Agreement

  b. Pawnee Leasing

  c. Ascentium Capital (possibly – not sure)

(d) Bergmann has represented to counsel and the Court that Docks Shell, LLC has no other outstanding debts to creditors other than those listed above as unpaid.

(e) Bergmann has represented that the name of the banks and or financial institutions where Docks Shell, LLC and Sand Hills Stations, LLC holds any accounts are as follows:

  a. Palmetto State Bank Account No. ▮▮▮▮2648; ▮▮▮2788; ▮▮▮2834; ▮▮▮2761; ▮▮▮3016 and ▮▮▮2796.

2 of 2

    b. SCBT Bank Account No. ████0476; ████0965 and ████2883.

    c. First Citizens Account No. ████9250 and ████9916.

    d. Sand Hill Stations, LLC has no active/open accounts.

(f) Bergmann shall produce all of the books, records and bank statements for Docks Shell, LLC and Sand Hill Stations, LLC to her attorney, Roberts Vaux, by no later than February 20, 2015, and Vaux shall produce the documents to counsel for Plaintiff or file a written objection to their production (or any part thereof) by no later than February 27, 2015.

AND IT IS SO ORDERED!

_____
MARVIN H. DUKES, III
Master-In-Equity and Special Judge for
Beaufort Count

Beaufort, South Carolina

February 6, 2015