# EXHIBIT M

# DIRECTCAPITAL

156 Commerce Way, Portsmouth, NH 03801 | Ph 800-999-9942 | F: 800-875-0312

**PERSONAL GUARANTY**
24YPG8
Lease Agreement

## PERSONAL GUARANTY

This **PERSONAL GUARANTY** applies to the referenced Lease and all schedules and addendums thereto. Each capitalized term has the same meaning given to it in the referenced Lease Agreement unless otherwise defined here. Please sign or authenticate where noted. If you have any questions please call us at 800-999-9942.

**LESSEE**

| Name: Sand Hill Stations of Bluffton, LLC | Billing Address: 130 Independence Blvd | |
|---|---|---|
| City: Hardeeville | State: SC | Zip: 29927 |

**PERSONAL GUARANTOR**

| Name: Edward P. Burrus | Home Address: | |
|---|---|---|
| City: | State: | Zip: |

**Personal Guaranty:** To induce Us to lease equipment to the Lessee pursuant to the Lease referenced above, You, the Guarantor, hereby, jointly and severally, unconditionally personally guaranty that the Lessee will make all payments and meet all obligations required under the Lease fully and promptly. You agree that We may make other arrangements including compromise, settlement or foreclosure with the Lessee and you will waive all defenses and notice of those changes and will remain responsible for the payment and obligations of this Lease. We do not have to notify you if the Lessee is in default. If the Lessee defaults, you will immediately pay in accordance with the default provision of the Lease all sums due under the terms of the Lease and will perform all the Lease obligations. You waive notice of the creation and existence of the Lease and any and all defenses otherwise available to a guarantor or accommodation party. You will remain liable for any deficiency following the initiation of bankruptcy or other insolvency actions affecting the Lease or Lessee, whether or not the liability of the Lessee is discharged in whole or in part by such action. If it is necessary for Us to proceed legally to enforce this guaranty, You expressly consent to the jurisdiction of the court set out in the 'Law' paragraph of the referenced Lease Agreement and agree to pay all costs, including attorneys fees incurred in enforcement of this guaranty. It is not necessary for Us to proceed first against the Lessee or the Equipment before enforcing this guaranty. You grant Us continuing authority to access, review and update, from time to time, credit reference information, including credit bureau reports. All financial providers are hereby directed and authorized to release to us any and all information pertaining to any of Your accounts.

Both You and We agree that the version of this agreement containing Your original, fax or copy signature, or authentication may constitute the original authoritative version. You wish to continue to receive information at Your fax and/or email addresses.

Accepted:

Guarantor: Edward P. Burrus

x _Edward P. Burrus_ [NO TITLE]

Copyright ©2008 Direct Capital Corp. All rights reserved.

