# EXHIBIT O

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | FOURTEENTH JUDICIAL CIRCUIT |
| COUNTY OF BEAUFORT ) | CASE NO.: 2015-CP-07-239 |
| ) | |
| E. PERRY BURRUS, M.D., ) | |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| JENNIFER R. BERGMANN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court had previously taken under advisement Plaintiff's Motion for Sanctions, for Contempt of Court and to Amend Complaint and Plaintiff's Motion Pursuant to Rule 60, SCRCP. After a hearing on the motions on April 13, 2016, but prior to the Court issuing a ruling, Defendant Bergmann filed for Chapter 7 bankruptcy. The bankruptcy filing by Bergmann automatically stays all proceedings in this case pursuant to 11 U.S. Code § 362 of the Bankruptcy Code. Accordingly, the ruling on Plaintiff's Motion for Sanctions, for Contempt of Court and to Amend Complaint and Plaintiff's Motion Pursuant to Rule 60, SCRCP, is hereby stayed pending further direction from the bankruptcy court.

AND IT IS SO ORDERED

MARVIN H. DUKES III
Master-in-Equity and Special Beaufort County
Circuit Court Judge

Beaufort, South Carolina

May 24, 2016