## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re, <br><br> Jennifer Rogers Bergmann, <br><br>                          Debtor. <br><br> E. Perry Burrus, III Lake Como, LLC, <br><br>                          Plaintiffs, <br><br> v. <br><br> Jennifer Rogers Bergmann, <br><br>                          Defendant. | C/A No. 16-02250-DD <br><br> Adv. Pro. No. 16-80113-DD <br><br> Chapter 7 <br><br> **ORDER** |

This matter is before the Court on a Motion for Contempt filed by Michael Matthews on behalf of Jennifer Rogers Bergmann [Docket No. 59] asking the Court to issue an Order to Appear and Show Cause why the Plaintiffs are not complying with the Court's scheduling order. The Motion is denied without prejudice to renew the Motion at a later time if necessary.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**10/20/2017**



David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

Entered: 10/23/2017