# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re, | C/A No. 16-02250-DD |
| Jennifer Rogers Bergmann, | Adv. Pro. No. 16-80113-DD |
| Debtor. | Chapter 7 |
| E. Perry Burrus, III, Lake Como, LLC, | **JUDGMENT** |
| Plaintiffs, | |
| v. | |
| Jennifer Rogers Bergmann, | |
| Defendant. | |

Jennifer Rogers Bermann's discharge of debts to Lake Como for its investments in Docks Shell, LLC and Sand Hill Stations of Bluffton, LLC is denied under 11 U.S.C. § 523(a)(4).

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**06/25/2018**



David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

Entered: 06/26/2018